# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | Norman Lawrence Cottingham and Katherine Anne Cottingham | Atty Name (if applicable): | Brendan P. Collins |
| Street Address: | 38587 Quail Ridge Drive | CA Bar No. (if applicable): | 260260 |
| | Murrieta, CA 92562 | Atty Fax No. (if applicable): | 310-500-4602 |
| Filer's Telephone No.: | Attorney's Phone: 310-500-4600 | Atty Address: | Brownstein Hyatt Farber Schreck, LLP  2029 Century Park East, Suite 2100  Los Angeles, CA 90067-3007 |

In re:
Norman Lawrence Cottingham a/k/a Larry Cottingham and Katherine Anne Cottingham

Case No.: 6:10-bk-31663-TD

Chapter 7 **X**   11 _____   13 _____

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?   Yes _____   No **X**

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A _____ B _____ C **X** D _____ E _____ F _____ G _____ H _____ I _____ J _____

Statement of Social Security Number(s) _____     Statement of Financial Affairs _____

Statement of Intention _____     Other _____

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, Norman Cottingham & Katherine Cottingham, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: August 20, 2010

*Debtor Signature*

*Co-Debtor Signature*

**FOR COURT USE ONLY**

*SEE REVERSE SIDE**

B-1008 *Revised November 2003*

In re  Norman Lawrence Cottingham and Katherine Anne Cottingham         Case No. 6:10-bk-31663-TD
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*(If known)*

# SECOND AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:　　　☐ Check if debtor claims a homestead exemption that exceeds
*(Check one box)*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$146,450.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Household goods and furnishings | CCP 703.140(b)(3) | 10,500.00 | 10,500.00 |
| Books, pictures and other art objects | CCP 703.140(b)(3) | 2,500.00 | 2,500.00 |
| Wearing apparel | CCP 703.140(b)(3) | 3,000.00 | 3,000.00 |
| Jewelry | CCP 703.140(b)(4) | 1,425.00 | 3,500.00 |
| Shotgun | CCP 703.140(b)(3) | 125.00 | 125.00 |
| Unmatured Northwestern Mutual - Life Insurance Policy 14801213 | CCP 703.140(b)(7) | 143,888.38 | 143,888.38 |
| Unmatured Northwestern Mutual - Life Insurance Policy #8280085 | CCP 703.140(b)(7) | 251,888.66 | 251,888.66 |
| Cash Value of Northwestern Mutual - Life Insurance Policy #8280085 | CCP 703.140(b)(7) | 11,800.00 | 49,549.77 |
| Unmatured Northwestern Mutual - Life Insurance Policy #9080508 | CCP 703.140(b)(7) | 262,102.77 | 262,102.77 |
| Cash Value of Northwestern Mutual - Life Insurance Policy #9080508 | CCP 703.140(b)(8) | 11,800.00 | 31,612.14 |
| IRA - Northwestern Mutual Acct. #NB1-064170 | 11 U.S.C. 522(b)(3)(C) | 92,260.55 | 92,260.55 |

*\* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

In re  Norman Lawrence Cottingham and Katherine Anne Cottingham          Case No.  6:10-bk-31663-TD
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*(If known)*

# SECOND AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

Debtor claims the exemptions to which debtor is entitled under:
*(Check one box)*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| IRA - Northwestern Mutual Acct. #NB1-064204 | 11 U.S.C. 522 (b)(3)(C) | 112,164.70 | 112,164.70 |
| 2002 Porsche Carrera | CCP 703.140(b)(2) <br> CCP 703.140(b)(5) | 3,525.00 <br> 8,082.87 | 24,225.00 |
| Checking Accnt-Wells Fargo with $10,000 loan proceeds from life insurance policy | CCP 703.140(b)(5) | 15,167.13 | 15,167.13 |

\* *Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| In re: Norman Lawrence Cottingham a/k/a Larry Cottingham and Katherine Anne Cottingham | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 6:10-bk-3-31663-TD |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2029 Century Park East, Los Angeles, CA 90067-3007

A true and correct copy of the foregoing document described as SECOND AMENDED SCHEDULE(S) AND/OR STATEMENT(S; AMENDED SCHEDULE C _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 8/20/10 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Michael J Gomez: mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
John P Pringle: jpringle@ecf.epiqsystems.com, johnppringle@earthlink.net
United States Trustee (RS): ustpregion16.rs.ecf@usdoj.gov
rniesley@wthf.com; kroe@wthf.com; dfunsch@wthf.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 8/20/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
The Honorable Thomas B. Donovan
United States Bankruptcy Court
255 East Temple Street, Suite 1352
Los Angeles, CA 90012

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/20/10 | Rhonda L. Bruton | *Rhonda L. Bruton* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                       F 9013-3.1

| | |
|---|---|
| In re: Norman Lawrence Cottingham a/k/a<br><br>Larry Cottingham and Katherine Anne Cottingham<br><br>Debtor(s). | CHAPTER 7<br><br>CASE NUMBER 6:10-bk-31663-TD |

**ADDITIONAL SERVICE INFORMATION (via U.S. Mail):**

United States Trustee
Office of the United States Trustee
3685 Main Street, Suite 300
Riverside, CA 92501-2804

Chapter 7 Trustee
John P. Pringle
Roguemore, Pringle & Moore, Inc.
6055 East Washington Boulevard, Suite 500
Los Angeles, CA 90040-2466

Ana Pasion Esq
Nelson & Kennard
2180 Harvard Street Suite 160
Sacramento, CA 95853

Bank Of America
PO Box 15713
Wilmington, DE 19886-5713

Bank Of America
PO Box 301200
Los Angeles, CA 90030-1200

BC Master Assoc
C/O Action Prop
PO Box 25012
Santa Ana, CA 92799-5012

BMW Financial
PO Box 78066
Phoenix, AZ 95062-8066

Builders Trim & Door Inc
C/O Patricia J Zimmermann Esq
31566 Railroad Canyon Rd #306
Canyon Lake, CA 92587

Calfirst Leasing Corporation
18201 Von Karman Avenue Suite 800
Irvine, CA 92612

Capital One
PO Box 60599
City Of Industry, CA 91716-0599

Chase
PO Box 78420
Phoenix, AZ 85062-8420

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                **F 9013-3.1**

K:\My Documents\PROJECTS\Cottingham\Amended Schedule C\POS Form 9013-3.1 Filled in.doc

| In re: Norman Lawrence Cottingham a/k/a Larry Cottingham and Katherine Anne Cottingham  Debtor(s). | CHAPTER 7 <br> CASE NUMBER 6:10-bk-31663-TD |
|---|---|

Chase
PO Box 78101
Phoenix, AZ 85062-8420

Chase Automotive Finance
PO Box 15594
Wilmington, DE 19886-1304

Chase Automotive Finance
PO Box 78101
Pheonix, AZ 85062-8101

Chase Automotive Finance
PO Box 78068
Phoenix, AZ 85062-8068

Chase Home Loan
PO Box 78148
Phoenix, AZ 95062-8148

Citi Cards
PO Box 6345
The Lakes, NV 88901-6345

Citicorp Leasing Inc
PO Box 7247-7878
Philadelphia, PA 19170-7878

Commercial Card Soluitons
PO Box 4471
Carol Stream, IL 60197-4471

Daimler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177

Exxon Mobil
PO Box 530964
Atlanta, GA 30353-0964

Farmers Insurance
PO Box 894729
Los Angeles, CA 90189-4729

Ford Motor Credit Company
PO Box 7172
Pasadena, CA 91109-7172

Franchise Tax Board
Bankruptcy Unit
PO Box 2952
Sacramento, CA 95812-2952

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

K:\My Documents\PROJECTS\Cottingham\Amended Schedule C\POS Form 9013-3.1 Filled in.doc

| In re: Norman Lawrence Cottingham a/k/a Larry Cottingham and Katherine Anne Cottingham | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 6:10-bk-31663-TD |

Frandzel Robins Bloom & Csato L
Attn: Hal D Goldflam And Michael J Gomez
6500 Wilshire Blvd 17th Floor
Los Angeles, CA 90048-4920

G E Capital
PO Box 31001-0271
Pasadena, CA 91110-0271

GMAC Payment Processing Center
PO Box 78234
Phoenix, AZ 85062-8234

Home Depot Credit Services
PO Box 6031
The Lakes, NV 88901-6031

HSBC Business Solutions
PO Box 5219
Carol Stream, IL 60197-5219

HSBC Business Solutions
PO Box 5239
Carol Stream, IL 60197

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Internal Revenue Service - Laguna N
Chief Special Procedures Insolvency
PO Box 30213
Laguna Niguel, CA 92607

Lexus Financial Services
PO Box 78101
Phoenix, AZ 85062-8101

Lizarraga Juan
239 Laurelwood Lane
Lake Elsinore, CA 92530

Mercedes-Benz Credit Corp
PO Box 9001880
Louisville, KY 40290-1880

Mobil Oil Credit Corp
PO Box 650505
Dallas, TX 75265-0505

National Bank Of Southern Californi
625 The City Drive
Orange, CA 92868

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9013-3.1**

K:\My Documents\PROJECTS\Cottingham\Amended Schedule C\POS Form 9013-3.1 Filled in.doc

| In re: Norman Lawrence Cottingham a/k/a Larry Cottingham and Katherine Anne Cottingham    Debtor(s). | CHAPTER 7 CASE NUMBER 6:10-bk-31663-TD |
|---|---|

Neiman Marcus
PO Box 620016
Dallas, TX 75262-0016

Nordstrom Retail
PO Box 79134
Phoenix, AZ 85062-9134

Northwestern Mutual
720 East Wisconsin Avenue
Milwaukee, WI 53202

Office Depot Credit Plan
PO Box 9020
Des Moines, IA 50368-9020

Olympic Millwork Inc
C/O Patricia J Zimmermann Esq
31566 Railroad Canyon Rd #306
Canyon Lake, CA 92587

Pacific Mercantile Bank
3257 E Guasti Road Suite 110
Ontario, CA 91761

Penske Truck Leasing Co LP
PO Box 7429
Pasadena, CA 95205-2505

Rancho California Water District
PO Box 9030
Temecula, CA 92589-9030

Republic Bank
1560 S Renaissance Towne Drive #26
Bountiful, UT 84010

Riverside County Assessor
County Administrative Center
4080 Lemon Street 1st Floor
Riverside, CA 92502

San Diego County Tax Collector
1600 Pacific Highway Suite 103
San Diego, CA 92101

Securities And Exchange Commission
5670 Wilshire Blvd 11th Floor
Los Angeles, CA 90036

Southern California Gas Company
PO Box 600
Rosemead, CA 91771-0001

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9013-3.1**

K:\My Documents\PROJECTS\Cottingham\Amended Schedule C\POS Form 9013-3.1 Filled in.doc

| In re: Norman Lawrence Cottingham a/k/a Larry Cottingham and Katherine Anne Cottingham | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 6:10-bk-31663-TD |

Southern California Gas Company
PO Box C
Monterey Park, CA 91756

Staples Business Advantage
Dept LA 1368
PO Box 83689
Chicago, IL 60696-3689

Staples Credit Plan
Dept 82
PO Box 9020
Des Moines, IA 50368-9020

Staples Credit Plan
Dept 82
PO Box 689020
Des Moines, IA 50368-9020

Suretec Insurance Company
3033 5th Avenue Suite 300
San Diego, CA 92103

The Press Enterprise
PO Box 7157
Pasadena,, CA 91109-7157

Vanguard Credit
PO Box 4685
Santa Barbara, CA 93140-4685

Verizon Communications
PO Box 30001
Inglewood, CA 90313-0001

Waste Management
PO Box 79168
Pheonix, AZ 85062-9168

Watt Tieder Hoffar & Fitzgerald
Attn: Robert Niesley And Rebecca Gl
2040 Main Street Suite 300
Irvine, CA 92614

Wells Fargo Business Credit Inc
Dept 1494
Denver, CO 80291-1494

Wells Fargo Credit Card
PO Box 30086
Los Angeles, CA 90030-0086

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

K:\My Documents\PROJECTS\Cottingham\Amended Schedule C\POS Form 9013-3.1 Filled in.doc